**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MICHAEL ESTRADA,

                                   Case No.: 1:24-CV-01151-ELR

        Plaintiff,

    v.

RACK ROOM SHOES, INC.,
a Foreign Profit Corporation,
d/b/a Rack Room,

        Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 7th day of June 2024.

                                   *s/ Matthew N. Pope*
                                   Matthew N. Pope
                                   Georgia Bar No. 584216
                                   **MATTHEW N. POPE, P.C.**
                                   900 2nd Avenue
                                   Columbus, Georgia 31902
                                   Tel.: (706) 324-2521
                                   matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
